## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

JOHN FREEMAN,

     Plaintiff,

v.                                                      CASE NO.:  3:19-cv-00083-MMH-MCR

ORANGE PARK MEDICAL CENTER, INC.

     Defendant.

## JOINT STIPULATION OF DISMISSAL

COMES NOW the Plaintiff, John Freeman, and the Defendant, Orange Park Medical Center, Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and through their undersigned counsel, and hereby stipulate to dismiss, with prejudice, claims asserted by Plaintiff against the Defendant, in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees and costs.

/s/ Heather H. Jones
Heather H. Jones, Esq.
Florida Bar No. 0118974
William "Billy" Peerce Howard, Esq.
Florida Bar No. 0103330
THE CONSUMER PROTECTION FIRM, PLLC
4030 Henderson Blvd.
Tampa, FL 33629
Telephone: (813) 500-1500, ext. 205
Facsimile: (813) 435-2369
Heather@TheConsumerProtectionFirm.com
Billy@TheConsumerProtectionFirm.com
Attorneys for Plaintiff

/s/ Scott Richards
Scott A Richards, Esq.
Florida Bar No.: 72657
CARLTON FIELDS, P.A.
200 South Orange Avenue, Suite 1000
ORLANDO, FL 32801
Tel: 407-244-8226
Fax: 407-648-9099
srichards@carltonfields.com
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I certify that on October 11, 2019, a copy of the foregoing document was served on all counsel of record via CM/ECF.

/s/ Heather H. Jones
Heather H. Jones, Esq.
Florida Bar No. 0118974