UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JOHN FREEMAN,

    Plaintiff,

v.	Case No.   3:19-cv-83-J-34MCR

ORANGE PARK MEDICAL
CENTER, INC.,

    Defendant.

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Joint Stipulation of Dismissal (Dkt. No. 45; Stipulation) filed on October 11, 2019.   In the Stipulation, the parties request dismissal of this matter with prejudice.   See Stipulation at 1.   Accordingly, it is hereby

**ORDERED:**

1. This case is **DISMISSED with prejudice**.

2. Each party shall bear their own attorney's fees and costs.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 15th day of October, 2019.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record